# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| *Appellee*, | ) | |
| | ) | **No. 13-4419 (L)** |
| vs. | ) | |
| | ) | |
| **GARY THENOR CROMARTIE** | ) | |
| *Appellant.* | ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| *Appellee*, | ) | |
| | ) | **No. 13-4431** |
| vs. | ) | |
| | ) | |
| **DONTE BERNARD BAKER** | ) | |
| *Appellant.* | ) | |

## MOTION TO ENLARGE TIME FOR FILING APPENDIX AND BRIEF

COMES NOW the Appellants, by and through counsel, and respectfully moves this Honorable Court to enlarge the time for filing Appellant's Appendix and Opening Brief. In support of this motion, Appellant states as follows:

1. Pursuant to a Briefing Order dated October 2, 2013, Appellant's Appendix and Opening brief were due to be filed no later than November 06, 2013.

2. Pursuant to a further Briefing Order dated October 8, 2013, Appellant's Appendix and Opening brief are due to be filed no later than

December 20, 2013.

3. On November 22, 2013, undersigned counsel had unplanned surgery which has resulted in him being out of the office for approximately 2 weeks. Monday, December 9, 2013 was counsel's first full day back at work.

4. Undersigned counsel is a solo practitioner with a very heavy trial schedule in both Federal and State Courts. As a result of the unexpected surgery, several previously set matters were forced to be re-scheduled. In addition, other court appearances set between December 9, 2013 and December 20, 2013 remained on the calendar. Thus, undersigned counsel would find it very difficult to satisfactorily complete the Appendix and Opening Brief within the time currently set forth in the Briefing Order.

5. Undersigned counsel has confirmed with counsel for Mr. Baker, Stuart O. Simms, and he joins in this request

6. Undersigned counsel has confirmed that counsel for the United States, Robert Harding, consents to the requested relief.

7. It is therefore in the best interest of all parties that the time for filing Appellant's brief be extended for forty-five (45) days.

WHEREFORE, for the above stated reasons, Appellant, requests this Honorable Court to enlarge the time for the filing of the Appendix and Appellant's Opening Brief for a period of forty-five (45) days

Respectfully submitted,

/s/
_____
Alan R. L. Bussard, Esquire
405 Allegheny Avenue
Towson, Maryland 21204
(410) 821-5589 telephone
(410) 828-4120 facsimile
*Counsel for Gary Cromartie*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2013, was electronically filed with the Clerk of the United States Court of Appeals for the Fourth Circuit using CM/ECF, with a notice of said filing to the following:

Joshua Kaul, Esquire
Robert Harding, Esquire
OFFICE OF THE U.S. ATTORNEY
36 S. Charles Street, Suite 400
Baltimore, Maryland 21201
*Counsel for Appellee*

Stuart O. Simms, Esquire
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
*Counsel for Donte Baker*

/s/
_____
Alan R. L. Bussard, Esquire